IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHEOUS E. GORDON,<br><br>        Plaintiff,<br><br>    vs.<br><br>P.S.I. OFFICERS OF DISTRICT COURT OF CAL. JACK C. ROBERSON AND JAMES E. HERBERT,<br><br>        Defendants. | No. CV-F-09-228 OWW<br><br>MEMORANDUM DECISION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT AS FRIVOLOUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS |

    On January 13, 2009, Alpheous E. Gordon, proceeding *in pro per*, filed a Complaint against Defendants Jack C. Roberson and James E. Herbert, United States Probation Officers, for alleged false statements in Gordon's Presentence Investigation Report submitted in connection with Gordon's sentencing on October 15, 2007 in *United States v. Gordon*, No. CR-F-07-029 OWW, United States District Court for the Eastern District of California. The Complaint seeks ten million dollars in damages.

1

**The Court has authority to dismiss a complaint before issuance and service of process upon the Defendants as frivolous under 28 U.S.C. § 1915(d).  A frivolous claim is one which lacks an arguable basis in either law or fact.  Federal probation officers allegedly making false statements in a probation report are entitled to absolute judicial immunity from liability for damages under 42 U.S.C. § 1983.  *Dorman v. Higgins*, 821 F.2d 133, 136-139 (2nd Cir.1987).**

**For the reasons stated:**

**1.  Plaintiff's Complaint is DISMISSED as frivolous;**

**2.  The Clerk of the Court is directed to enter JUDGMENT FOR DEFENDANTS.**

IT IS SO ORDERED.

**Dated:   February 10, 2009**           /s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE